**This document was signed electronically on October 04, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: October 04, 2010**

                    **Pat E. Morgenstern-Clarren**
                    **United States Bankruptcy Judge**

---

BK1008811
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

IN RE:

Krista N Ward
Shawn D Ward

        Debtors

Case No. 10-15565

Chapter 7

Judge Morgenstern-Clarren

**ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT
155 BRANDTSON AVENUE, ELYRIA, OH 44035**

      This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **12**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition

to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 155 Brandtson Avenue Elyria, OH 44035.

###

SUBMITTED BY:

/s/ Steven H Patterson
Steven H Patterson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0073452
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

William J Balena, Esq. - Attorney for Debtors
511 Broad Street
Elyria, OH 44035
bbalena@me.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Steven H Patterson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Mary Ann Rabin - Trustee
55 Public Square
Suite 1510
Cleveland, OH 44113
trusteemail@rabinandrabin.com
VIA ELECTRONIC SERVICE

Sun Ctr Cu - Creditor
144 Commerce Dr Ea
Lagrange, OH 44050
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

US Bank Home Mortgage - Creditor
PO Box 20005
Owensboro, KY 42304
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Krista N Ward - Debtor
277 Brittany Lane
Elyria, OH 44035
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Shawn D Ward - Debtor
277 Brittany Lane
Elyria, OH 44035
ORDINARY U.S. MAIL, POSTAGE PRE-PAID